FRANK E. JOHNSON, a Justice of the Municipal Court of the City of New York, Appellant and Respondent, *v.* EDWARD J. FLYNN, as Secretary of State, Appellant.

(Argued October 19, 1936; decided November 17, 1936.)

*Frank E. Johnson,* in person, plaintiff-appellant.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* of counsel), for defendant-appellant.

Appeals dismissed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.